```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

BRADD MARTIN,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    1:25-cv-344
                                 )
WANDA HAIRSTON, JANET            )
BLUE, WAYNE GOODWIN, and         )
CITY OF WINSTON-SALEM,           )
                                 )
          Defendants.            )

## ORDER

This matter comes before the court upon NCDMV Defendants' Motion to Deem Timely Filed. (Doc. 12.)  Defendants Wanda Hairston, Janet Blue and Wayne Goodwin (collectively the "NCDMV Defendants") move the court to deem their Motion to Dismiss in Lieu of Answer and accompanying Memorandum, (Docs. 9, 10), timely filed pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) on the grounds of excusable neglect. Defendants' motion recites that as a result of technical difficulties with PACER, outside of NCDMV Defendants' control, Defendants filed their motion and accompanying memorandum out of time by one day, immediately after the PACER accounts were reactivated. Plaintiff has not objected, instead choosing to file a response. Having considered the motion, the court finds good cause exists, no prejudice has occurred, and the motion should be granted.

**IT IS THEREFORE ORDERED** that NCDMV Defendants' Motion to Deem Timely Filed, (Doc. 12), is **GRANTED** and Defendants' Motion to Dismiss in Lieu of an Answer and accompanying Memorandum, (Docs. 9, 10), filed on August 5, 2025 are deemed timely filed.

This the 21st day of August, 2025.

                                                /s/ William L. Osteen, Jr.
                                                  United States District Judge