

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**BRADD MARTIN,**

    Plaintiff,

v.

WANDA HAIRSTON, in her individual capacity; JANET BLUE, in her individual capacity; PAUL TINE, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles (automatically substituted under Fed. R. Civ. P. 25(d) for former Commissioner Wayne Goodwin); and CITY OF WINSTON-SALEM,

    Defendants.

Case No. 1:25-cv-00344-WO-JLW

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff respectfully moves for leave to file the accompanying sur-reply (no more than three pages) addressing new arguments and assertions raised for the first time in Defendant City of Winston-Salem's Reply in support of its Motion to Dismiss.

Good cause exists because:

1) The City's Reply newly asserts that Plaintiff "abandoned" his Fourth Amendment claim, a contention not made in the City's opening brief and based on a misreading of the pleadings (Reply at 3).

2) The City's Reply argues that no police report was attached to Plaintiff's opposition (Reply at 1–2). Plaintiff has now filed a corrected Exhibit H comprised of the WSPD Incident/Investigation Report #2332701 and the WSPD CAD Event Report (Event ID 23-146080), authenticated by declaration.

3) The City's Reply leans on new factual characterizations, e.g., that Plaintiff recorded in a "restricted area" and that WSPD merely "relayed" DMV's decision, that conflict with the Amended Complaint and raise disputes not suitable for Rule 12(b)(6) resolution (Reply at 2–3).

4) City service is now cured. The City's Reply acknowledges the City Clerk received service after the motion (Aug. 12–14), mooting dismissal on that ground as to the City.

A short sur-reply confined to these reply-only issues will aid the Court. Plaintiff therefore asks the Court to grant leave and deem the attached Sur-Reply filed.

Dated: __09/06_____, 2025

Respectfully submitted,

_____
Bradd Martin, Pro Se
1578 Zevely Street
Winston-Salem, NC 27127
(336) 255-1844

Footnote 1: This motion addresses only the City's Reply. Plaintiff continues to diligently complete service on Defendant Wanda Hairston (individual capacity) within the Rule 4(m) period and, if necessary, will promptly seek a short extension for good cause. Service issues raised by the State defendants are briefed separately.

## CERTIFICATE OF SERVICE

I certify that on __09 / 06__, 2025, I mailed a copy of the foregoing document by first-class U.S. Mail to:

**COUNSEL FOR NCDMV DEFENDANTS**
Kathryne E. Hathcock, Special Deputy Attorney General
Steven C. Wilson, Jr., Assistant Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602

**COUNSEL FOR CITY OF WINSTON-SALEM**
Marissa A. West, Assistant City Attorney
City of Winston-Salem
P.O. Box 2511
Winston-Salem, NC 27102-2511

_____
Bradd Martin
1578 Zevely Street, Winston-Salem, NC 27127