IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



BRADD MARTIN,

    Plaintiff,

v.

WANDA HAIRSTON, in her individual capacity; JANET BLUE, in her individual capacity; PAUL TINE, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles (automatically substituted under Fed. R. Civ. P. 25(d) for former Commissioner Wayne Goodwin); and CITY OF WINSTON-SALEM,
    Defendants.

Case No. 1:25-cv-00344-WO-JLW

### PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT WANDA HAIRSTON

Plaintiff moves under Federal Rule of Civil Procedure 4(m) for an extension of time to complete service on Defendant Wanda Hairston (individual capacity). Good cause exists, or, alternatively, the Court should exercise its discretion, to extend the Rule 4(m) deadline.

1. Plaintiff filed the Amended Complaint on June 27, 2025. Under Rule 4(m), the current 90-day service deadline runs on or about September 25, 2025.

2. Since filing, Plaintiff has diligently attempted to effect service on Ms. Hairston, including (a) certified-mail attempts; (b) inquiries and public-records requests to identify a valid work location or authorized agent; and (c) arranging personal service through a sheriff/process server. Despite diligence, service has not yet been completed.

3. Plaintiff anticipates completing service promptly upon confirming Ms. Hairston's proper location/agent and coordinating personal delivery. Extending the deadline will allow completion of formal service without prejudice to any party.

4. Rule 4(m) authorizes the Court to extend the time for service for good cause and permits a discretionary extension even absent good cause. Here, Plaintiff has acted diligently, any delay is short, Defendants suffer no prejudice, and the claims are being actively litigated on the merits.

Requested relief. Plaintiff respectfully requests a brief extension of the Rule 4(m) service deadline to and including October 27, 2025 (e.g., 30 days from the current deadline), and that any service completed within the extended period be deemed timely.

Dated: 09/06, 2025

Respectfully submitted,

*[signature]*

Bradd Martin, Pro Se
1578 Zevely Street
Winston-Salem, NC 27127
(336) 255-1844

## CERTIFICATE OF SERVICE

I certify that on 09/06, 2025, I mailed a copy of the foregoing document by first-class U.S. Mail to:

**COUNSEL FOR NCDMV DEFENDANTS**
Kathryne E. Hathcock, Special Deputy Attorney General
Steven C. Wilson, Jr., Assistant Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602

**COUNSEL FOR CITY OF WINSTON-SALEM**
Marissa A. West, Assistant City Attorney
City of Winston-Salem
P.O. Box 2511
Winston-Salem, NC 27102-2511

*[signature]*

Bradd Martin
1578 Zevely Street, Winston-Salem, NC 27127

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**BRADD MARTIN,**

    Plaintiff,

v.

WANDA HAIRSTON, in her individual capacity; JANET BLUE, in her individual capacity; PAUL TINE, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles (automatically substituted under Fed. R. Civ. P. 25(d) for former Commissioner Wayne Goodwin); and CITY OF WINSTON-SALEM,
    Defendants.

Case No. 1:25-cv-00344-WO-JLW

## DECLARATION OF BRADD MARTIN IN SUPPORT OF MOTION TO EXTEND TIME TO SERVE WANDA HAIRSTON

I, Bradd Martin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff. I filed my Amended Complaint on June 27, 2025. The current Rule 4(m) service deadline is approximately September 25, 2025.

2. Diligence. Since filing, I have taken the following steps to serve Defendant Wanda Hairston in her individual capacity:

   • Sent certified/restricted-delivery mailings to addresses believed to be associated with Ms. Hairston. (Date(s): 08/11/25.)
   • Requested/queried public-records/HR directories to identify Ms. Hairston's current work location and to determine any authorized agent for service. (Date(s): 08/07/25)
   • Attempted to arrange personal service via sheriff or a professional process server. (Status/Date(s): 08/29/25)

3. Despite these steps, I have not yet completed personal service on Ms. Hairston. I am continuing efforts and expect to complete service promptly upon confirming the proper location/agent.

4. I submit this declaration to support my request for a brief extension of the Rule 4(m) deadline so that formal service can be completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/06/__, 2025, in Winston-Salem, North Carolina.

Bradd Martin