IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**BRADD MARTIN,**

    Plaintiff,

v.

WANDA HAIRSTON, in her individual capacity; JANET BLUE, in her individual capacity; PAUL TINE, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles (automatically substituted under Fed. R. Civ. P. 25(d) for former Commissioner Wayne Goodwin); and CITY OF WINSTON-SALEM,
    Defendants.

Case No. 1:25-cv-00344-WO-JLW

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE WANDA HAIRSTON

Having considered Plaintiff's Motion to Extend Time to Serve Defendant Wanda Hairston and the supporting declaration, and for good cause shown (and/or in the Court's discretion under Rule 4(m)), it is ORDERED:

1. Plaintiff's Motion is GRANTED.

2. The deadline under Federal Rule of Civil Procedure 4(m) to complete service on Defendant Wanda Hairston is extended to and including __October 27__, 2025.

3. Service completed within the extended period shall be deemed timely.

SO ORDERED.

Dated: _____, 2025

_____
William L. Osteen, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**BRADD MARTIN,**

    Plaintiff,

v.

WANDA HAIRSTON, in her individual capacity; JANET BLUE, in her individual capacity; PAUL TINE, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles (automatically substituted under Fed. R. Civ. P. 25(d) for former Commissioner Wayne Goodwin); and CITY OF WINSTON-SALEM,
    Defendants.

Case No. 1:25-cv-00344-WO-JLW

## CERTIFICATE OF SERVICE

I certify that on __09/06__, 2025, I served the following documents:

- Plaintiff's Notice of Filing Corrected Exhibit H
- Declaration of Bradd Martin Pursuant to 28 U.S.C. § 1746 (authenticating Exhibit H)
- Exhibit H-1: WSPD Incident/Investigation Report #2332701 (copy)
- Exhibit H-2: WSPD CAD Event Report, Event ID 23-146080 (copy)
- Plaintiff's Motion for Leave to File Sur-Reply
- Plaintiff's Sur-Reply to Defendant City of Winston-Salem's Reply
- Plaintiff's Motion to Extend Time to Serve Defendant Wanda Hairston (Rule 4(m))
- Declaration of Bradd Martin in Support of Motion to Extend Time to Serve Wanda Hairston (28 U.S.C. § 1746)
- [Proposed] Order Granting Motion to Extend Time to Serve Wanda Hairston

by depositing copies in the United States Mail, first-class postage prepaid, addressed to counsel of record for the appearing defendants as follows:

**COUNSEL FOR NCDMV DEFENDANTS**

Kathryne E. Hathcock, Special Deputy Attorney General
Steven C. Wilson, Jr., Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602

**COUNSEL FOR CITY OF WINSTON-SALEM**

Marissa A. West, Assistant City Attorney

City of Winston-Salem
P.O. Box 2511
Winston-Salem, NC 27102-2511

_____

Bradd Martin, Pro Se
1578 Zevely Street
Winston-Salem, NC 27127
(336) 255-1844